UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WILLIAMS,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS,

Defendant.

Case No. 23-cv-03584-NW

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION, DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT**

Re: ECF Nos. 29, 30

The Court is in receipt of Defendant's second motion for an extension of time, which seeks a 45-day extension to file a dispositive motion. *See* ECF No. 29. Upon due consideration of Defendant's motion and the supporting declaration of counsel, good cause appearing, the Court **GRANTS** the motion. *See* Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4). Accordingly, dispositive motions must be filed and served no later than April 30, 2026. Any opposition to the dispositive motion must be filed and served upon the moving party no later than 28 days from the date the motion is filed. A reply in support of the motion, if any, must be filed and served no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due.

Plaintiff Brian Williams, a pro se prisoner, also filed a motion for an extension of time to file his opposition to the dispositive motion to accommodate Defendant's requested extension. *See* ECF No. 30. Because the opposition is not due until 28 days after the motion has been filed, the requested extension of time is moot. The motion is therefore **DENIED** without prejudice to Williams filing a motion for extension of time after a dispositive motion has been

filed, if good cause exists to do so.

**IT IS SO ORDERED.**

Dated: March 27, 2026

_____

Noël Wise
United States District Judge