UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WILLIAMS,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS,

        Defendant.

Case No. 23-cv-03584-NW

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY**

Re: ECF No. 35

The Court is in receipt of Defendant's motion for an extension of time to file a reply for the pending motion for summary judgment. *See* ECF No. 35. Upon due consideration of Defendant's motion and the supporting declaration of counsel, good cause appearing, the Court **GRANTS** the motion. *See* Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4). Accordingly, the reply must be filed and served no later than July 22, 2026. The motion shall be deemed submitted as of the date the reply brief is due.

    **IT IS SO ORDERED.**

Dated: July 7, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California