UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BRIAN WILLIAMS,
Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS,
Defendant.

Case No. 23-cv-03584-NW (RMI)

**ORDER SETTING SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for Wednesday, January 13, 2027 at 10:00 A.M.. The settlement conference will be conducted via Zoom video conference with Plaintiff Williams, CDCR #J62961, who currently resides in Correctional Training Facility. Parties are instructed to access the Zoom settlement conference by scrolling to the **non-public link** at https://www.cand.uscourts.gov/judges/illman-robert-m-rmi/.

Defense counsel is hereby instructed to provide a copy of this order to the litigation coordinator at Plaintiff's current housing facility to facilitate video appearances and to confirm submission by way of email to the undersigned's email settlement inbox at RMIsettlement@cand.uscourts.gov within thirty days prior to the settlement conference.

Personal attendance of a party representative will rarely be excused by the court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed

United States District Court
Northern District of California

(RMIsettlement@cand.uscourts.gov) to and received by chambers no later than one week prior to the settlement conference. The parties shall report on the outcome of any settlement discussions in their settlement conference statements.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date. Requests to vacate the settlement referral must be made to the referring Judge, not Magistrate Judge Illman.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

**IT IS SO ORDERED.**

Dated: November 2, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California